PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

Eastern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| v. | Crim. No. | 90-CR-446 |
| Salvatore Avellino | | |

On __July 29, 1994__ the above named was placed on probation/supervised release for a period of __21__ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

*Edward Kanaley*

Edward Kanaley, Senior U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __3__ day of __December__, 20 __12__.

United States District Judge